SAMUEL KANTOR, Respondent, v. NATIONAL TRANSPORTATION COMPANY, INC., Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $4,669.65; in which event the judgment as so modified is affirmed, without costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore and Callahan, JJ., dissent and vote to reverse and grant a new trial for errors in the exclusion of evidence. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 601 FT. WASHINGTON AVE., INC., Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. [255 Cabrini Blvd., Borough of Manhattan.] — Final order so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post*, p. 929.]

CHARLES H. KREMER, Respondent, v. MALVINA KREMER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post*, p. 929.]

INTERNATIONAL BANK, Appellant, v. RUBEL CORPORATION, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. A. J. COURTMEL CO., INC., Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [18 E. 8th St., Borough of Manhattan.] — Order unanimously modified by granting a further reduction on the building value. The assessments for the year in question (1943–1944) should be fixed as follows: Land $31,000; Building $25,000; Total $56,000. As so modified the order is affirmed, with $20 costs and disbursements to the relator-appellant. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ELZIA RUSSAW, Respondent, v. BEATRICE RUSSAW, Appellant.— Interlocutory judgment unanimously reversed, with costs, and the complaint dismissed, with costs, on the ground that the plaintiff has failed to make out a cause of action for annulment. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOHN GRIFFIN, Appellant, v. FRANK J. QUIGAN, INC., Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to reverse and reinstate judgment.